# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07CR69-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Vs.** )<br>)<br>**HENDERSON AMUSEMENT, INC.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court upon the direction of the district court, which has, *sua sponte*, determined that the court's Plea Deadline should be dissolved in this particular matter and has directed entry of this Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Plea Deadline is **DISSOLVED**.

_____

Dennis L. Howell
United States Magistrate Judge

Signed: November 13, 2007